IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:24-CR-00044-D-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FREDERICK WAYNE WIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the unopposed motion of Defendant Frederick Wayne Wiggins to seal his proposed sealed motion for release of sealed presentence investigation report (DE 421). Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 11.1, and therefore the motion to seal should be GRANTED. The motion for release of sealed presentence investigation report shall remain under seal.

SO ORDERED, this the 7 day of October, 2026

J. Dever
JAMES C. DEVER III
United States District Judge