**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Case No: 5:24-CR-0004-D-RN-1**

**UNITED STATES OF AMERICA**

**vs.** **ORDER**

**FREDERICK WAYNE WIGGINS**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 10/26/2026-1028/2026 be turned over to Detective, Alex Santaniello, with Raleigh Police Department, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 7. | 1B161 - Kilo of Cocaine from TC |
| 8. | 1B163 - Kilo of Cocaine from TC |
| 12 | 1B58 - 3 Boxes of 9mm Ammo |
| 13. | 1B59 - Glock handgun model 43 ACCB235 |
| 14. | 1B72 Magazine with round from Glock |
| 15 | 1B66 - three digital scales |
| 16 | 1B67 - Plastic Bag with Weed |
| 17 | 1B69 - 3 empty Glock 43 Mags |
| 18. | 1B70 - Tula 9mm ammo |
| 19 | Money Counter in Box |
| 22 | 1B156 - scales etc from Crowder |
| 23 | 1B157 |
| 24 | Antonio Hall Phone |

| | |
|---|---|
| 30 | Marijuana from Antonio Hall Traffic Stop |
| 32 | RPD Item 1 - bag full of pills |
| 40 | 1B133 - Crack Cocaine |
| 41 | 1B123 - digital scale |
| 42 | 1B135 - 3 digital scales |
| 43 | 1B122 - Springfield XDM Elite 9mm |
| 44 | 1B193 - loaded extended magazine from Springfield |
| 45 | 1B121 - Black bag with 2 magazines, ammo, holster, and batteries |
| 46 | 1B114 - 6 chains and 6 pendants |
| 47 | 1B115 - two rings, metallic in color in black kay jewelry box |
| 48 | 1B124 - Mercedes Key |
| 49 | 1B136 - metallic watch |
| 50 | 1B117 - Four Gold Pendants |
| 51 | 1B110 - case of 7 sunglasses |
| 52 | 1B111 - case of ten sunglasses |
| 54 | 1B96 - Glock 30S, 45 Caliber with empty magazine |
| 55 | 1B97 - KE Arms Rifle |
| 56 | 1B103 - Glock 19, 9mm |
| 57 | 1B191 - magazines for 1B103 |
| 58 | 1B104 - Polymer P 80 |
| 59 | 1B105 - MPA defender, 9mm |
| 60 | 1B198 - loaded magazine for MPA defender |

| | |
|---|---|
| 61 | 1B106 M&P Shield, 9mm |
| 62 | 1B190 - magazine for M&P Shield, 9mm |
| 63 | 1B107 - Glock 19, 9mm |
| 64 | 1B192 - loaded magazine from Glock 19 |
| 65 | 1B108 - Ruger, GP100 .357 |
| 66 | 1B87 - FN 5.7 x 28MM |
| 67 | 1B196 - mag/ammo from FN 5.7 |
| 68 | 1B88 - FN Five Zero Nine, 9mm with 4 unloaded magazines |
| 69 | 1B197 - mag/ammo from FN Five Zero Nine |
| 70 | 1B90 - ammunition and firearm accessories from safe |
| 71 | 1B92 - Smith and Wesson, 40 Cal |
| 72 | 1B199 - mag/ammo from 1B92 |
| 73 | 1B93 - HK VP9, SK pistol |
| 74 | 1B94 STI Trojan, 45 caliber |
| 75 | 1B188 - mag/ammo from 1B94 |
| 76 | 1B95 Springfield XD 45 |
| 77 | Mag/ammo from 1B95 |
| 79 | Black Phone/Black Case QCE01-1 (Wiggins arrest) |
| 80 | Black / Red iPhone QCE01-2 (Wiggins Arrest) |
| 81 | 1B112 - sunglasses |
| 82 | Black Bag that had Kilos |
| 84 | 1B162 - Kilo wrapping from 1B161 |
| 85 | 1B164 - kilo wrapping |

| | |
|---|---|
| 86 | 1B187 - FN gun found by Tammy |
| 87 | 1B186 Magazines from FN |
| 88 | 1B186 magazine from FN |

This 29th day of October, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: ______________________